IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN W. THOMAS,<br><br>Defendant. | No. 3:24-po-0152-DMC-1<br><br><br><br>ORDER |

      Defendant has provided adequate proof of completion of the terms of informal probation imposed by this Court on March 25, 2025.  On the Government's motion and good cause appearing therefor, this action is dismissed.

      IT IS SO ORDERED.

Dated:  October 20, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1